**B1 (Official Form 1) (04/13)**

| United States Bankruptcy Court<br>District of New Jersey | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Nassau Tower Realty, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):    **22-3781916** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**619 Alexander Road**<br>**Princeton, NJ**                                              ZIPCODE **08540** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Mercer** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [✓] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ✓ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Nassau Tower Realty, LLC** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)                         Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
 ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
 ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
*(Check any applicable box.)*

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*(Check all applicable boxes.)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)     Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Nassau Tower Realty, LLC** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br>X _____ <br>Signature of Debtor <br><br>X _____ <br>Signature of Joint Debtor <br><br>_____ <br>Telephone Number (If not represented by attorney) <br><br>_____ <br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br>(Check only **one** box.) <br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br>X _____ <br>Signature of Foreign Representative <br><br>_____ <br>Printed Name of Foreign Representative <br><br>_____ <br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
| X */s/ Paul J. Maselli, Esquire* <br>Signature of Attorney for Debtor(s) <br><br>**Paul J. Maselli, Esquire** <br>**Maselli Warren, PC** <br>**600 Alexander Road** <br>**Princeton, NJ  08540** <br>**(609) 452-8411  Fax: (609) 452-8422** <br>**pmaselli@maselliwarren.com** <br><br>**July  9, 2013** <br>Date <br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br>_____ <br>Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br>_____ <br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br>_____ <br>Address <br><br>X _____ <br>Signature <br><br>_____ <br>Date <br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. <br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: <br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br>X */s/ Louis Mercatanti* <br>Signature of Authorized Individual <br><br>**Louis Mercatanti** <br>Printed Name of Authorized Individual <br><br>**Officer Of Nassau Holdings, Inc.** <br>Title of Authorized Individual <br><br>**July  9, 2013** <br>Date | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of New Jersey**

IN RE:                                                                                  Case No. _____

**Nassau Tower Realty, LLC**                                                             Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Fox Rothschild, LLP**<br>PO Box 5231<br>Princeton, NJ  08540 | | | | **242,642.00** |
| **Second Goodier**<br>2330 West Joppa Road<br>Lutherville, MD  21093 | | | | **240,000.00** |
| **The Elm Group, Inc.**<br>345 Wall St.<br>Princeton, NJ  08540 | | | | **71,372.63** |
| **Crow & Associates**<br>100 Canal Point Blvd, Suite 214<br>Princeton, NJ  08540 | | | | **20,441.36** |
| **140-144 Nassau St Condo Association**<br>619 Alexander Road<br>Princeton, NJ  08540 | | | | **16,756.00** |
| **Global Signal Acquistions, LLC**<br>PO Box 403541<br>Atlanta, GA  30384 | | | | **6,300.00** |
| **Treasurer - State of New Jersey**<br>PO Box 417<br>Trenton, NJ  08646-0417 | | | | **4,349.50** |
| **Samuel Stoth2Off Co.,Inc.**<br>PO Box 306<br>Flemington, NJ  08822-306 | | | | **3,624.00** |
| **Ray's HVAC Service Corp**<br>PO Box 1241<br>Newtown, PA  18940-1241 | | | | **3,432.00** |
| **Jersey Coast Appliance**<br>18 Rt 537 East<br>Toms River, NJ  08753 | | | | **3,000.23** |
| **Larsen Plumbing and Heating, LLC**<br>41 Grand Ave<br>Toms River, NJ  08753 | | | | **2,600.00** |
| **Knox Hill Townhomes Condo Association**<br>PO Box 374<br>Eatontown, NJ  07724 | | | | **2,370.00** |
| **Barlo & Associates, LLC**<br>92 Mantoloking Rd.<br>Brick, NJ  08723 | | | | **2,250.00** |
| **InTouch America**<br>PO Box 571207<br>Tarzana, CA  91357 | | | | **1,711.45** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---:|
| **Air Consulting Services, LLC**<br>301 East Ward St.<br>Hightstown, NJ  08520 | **1,580.00** |
| **Amy Greene Environmental**<br>18 Commerce St Plaza<br>Flemington, NJ  08822 | **1,500.00** |
| **Jersey Central Power and Light**<br>PO Box 3687<br>Akron, OH  44309-3687 | **1,387.64** |
| **Scott's Lawn Care, LLC**<br>PO Box 463<br>Point Pleasant, NJ  08742 | **1,016.50** |
| **R.C. Burdick, P.E., P.C**<br>1023 Ocean Rd.<br>Point Pleasant, NJ  08742 | **960.00** |
| **Timothy R. Smith, Esq.**<br>619 Alexander Road<br>Princeton, NJ  08540 | **917.00** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **July  9, 2013**          Signature:  ***/s/ Louis Mercatanti***

**Louis Mercatanti, Officer Of Nassau Holdings, Inc.**
(Print Name and Title)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of New Jersey**

**IN RE:**                                                                                          Case No. _____

**Nassau Tower Realty, LLC**_____    Chapter **11**_____
                                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **July  9, 2013**_____    Signature: */s/ Louis Mercatanti*_____
                                                                **Louis Mercatanti, Officer Of Nassau Holdings, Inc.**                    Debtor

Date: _____    Signature: _____
                                                                                                                                            Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

140-144 Nassau St Condo Association
619 Alexander Road
Princeton, NJ   08540


Air Consulting Services, LLC
301 East Ward St.
Hightstown, NJ   08520


Alberto Zepeda
160 Sawmill Rd
Brick, NJ   08724


Amy Greene Environmental
18 Commerce St Plaza
Flemington, NJ   08822


Antietam School District
PO Box 4514
Lancaster, PA   17604-4514


Barlo & Associates, LLC
92 Mantoloking Rd.
Brick, NJ   08723


Berkeley Township
PO Box B
Bayville, NJ   08721-0287


Berkeley Township MUA
42 Station Rd.
Bayville, NJ   08721


Berkeley Township Sewage Authority
PO Box B
Bayville, NJ   08721-0287

Borough of Mantoloking
PO Box 247
Mantoloking, NJ   08738


Borough of Point Pleasant
2233 Bridge Ave
Point Pleasant, NJ   08742


Brick Township
401 Chambersbridge Rd.
Brick, NJ   08723


Brick Township Municipal
1551 Rt 88 West
Brick, NJ   08723


C N A Insurance
PO Box 382033
Pittsburgh, PA   15250-8033


City of Lambertville
18 York St.
Lambertville, NJ   08530


Collector of Taxes, Point Pleasant
PO Box 25
Point Pleasant, NJ   08742-25


Crow & Associates
100 Canal Point Blvd, Suite 214
Princeton, NJ   08540


Dover Township Tax Collector
33 Washington St.
Toms River, NJ   08753

F.R. Maddalon Plumbing and Heating
1550 Sylvan Ave.
Hamilton, NJ   08610


Fox Rothschild, LLP
PO Box 5231
Princeton, NJ   08540


Giacinti Electric, LLC
PO Box 19003
Toms River, NJ   08753


Global Signal Acquistions, LLC
PO Box 403541
Atlanta, GA   30384


Global Tower Partners, LP
750 Park Of Commerce Blvd, Ste. 300
Boca Raton, FL   33489


InTouch America
PO Box 571207
Tarzana, CA   91357


J & A Cleaning Services
140 Lakedale Dr.
Lawrenceville, NJ   08648


Jersey Central Power and Light
PO Box 3687
Akron, OH   44309-3687


Jersey Coast Appliance
18 Rt 537 East
Toms River, NJ   08753

```
John Skrincosky Jr. Tax Coll.
200 N. 25th St.
Mount Penn, PA  19606


Kingwood Township
PO Box 17
Baptisttown, NJ  08803-17


Knox Hill Townhomes Condo Association
PO Box 374
Eatontown, NJ  07724


Lacey Township MUA
PO Box 205
Forked River, NJ  08731-205


Lambertville MUA
PO Box 300
Lambertville, NJ  08530


Larsen Plumbing and Heating, LLC
41 Grand Ave
Toms River, NJ  08753


Lowe's Business Account
PO Box 530970
Atlanta, GA  30353-0970


Met-Ed
PO Box 3687
Akron, OH  44309-3687


Mt. Penn Borough Municipal Auth
PO Box 4249
Reading, PA  19606-4249
```

```
Neptune - Sewer Utility
PO Box 1167
Neptune, NJ   07754-1167


New Jersey American Water
PO Box 371331
Pittsburgh, PA   15250-7331


New Jersey Natural Gas
PO Box 11743
Newark, NJ   07101-4743


New Jersey Natural Gas Co.
Box 11743
Newark, NJ   07101-4743


Ocean First Bank
975 Hooper Avenue
Toms River, NJ   08753


Optimum
PO Box 371378
Pittsburgh, PA   14801


Princeton Borough Tax Office
PO Box 390
Princeton, NJ   08540


R.C. Burdick, P.E., P.C
1023 Ocean Rd.
Point Pleasant, NJ   08742


Ray's HVAC Service Corp
PO Box 1241
Newtown, PA   18940-1241
```

Samuel Stoth2Off Co.,Inc.
PO Box 306
Flemington, NJ   08822-306


Scott's Lawn Care, LLC
PO Box 463
Point Pleasant, NJ   08742


Second Goodier
2330 West Joppa Road
Lutherville, MD   21093


Sovereign Bank, NA
619 Alexander Road
Princeton, NJ   08540


Tax Collector, Terry McCool Stoudsburg
PO Box N
Stroudsburg, PA   18360


TD Bank, NA
1701 Rt. 70 East
Cherry Hill, NJ   08034


The Elm Group, Inc.
345 Wall St.
Princeton, NJ   08540


Timothy R. Smith, Esq.
619 Alexander Road
Princeton, NJ   08540


Toms River Township MUA
340 West Water St.
Toms River, NJ   08753

```
Toms River Township Tax Collector
33 Washington St.
Toms River, NJ  08753


Township of Neptune
PO Box 1167
Neptune, NJ  07754-1167


Treasurer - State of New Jersey
PO Box 417
Trenton, NJ  08646-0417


UGI Utilities, Inc.
PO Box 15523
Wilmington, DE  19866-1552


United Water Toms River
PO Box 371804
Pittsburgh, PA  15250-7804


Verizon
PO Box 4833
Trenton, NJ  08650-4833


Waste Management of NJ
PO Box 13648
Philadelphia, PA  19101-3648


Whitehouse Landscaping
PO Box 94
Pine Forge, PA  19548
```