## United States Bankruptcy Court
## District of New Jersey

**IN RE:**                                                                    Case No. **13-24984**

**Nassau Tower Realty, LLC**                                                   Chapter **11**

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ...................................................... $ __Hourly per App__

   Prior to the filing of this statement I have received .................................................... $ __16,214.00__

   Balance Due ............................................................................... $ _____

2. The source of the compensation paid to me was: ☐ Debtor   ☑ Other (specify): **Nassau Holdings, Inc.**

3. The source of compensation to be paid to me is: ☑ Debtor   ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.   [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__July 15, 2013__                         __/s/ Paul J. Maselli, Esquire__

Date                                      Paul J. Maselli, Esquire
                                          Maselli Warren, PC
                                          600 Alexander Road
                                          Princeton, NJ  08540
                                          (609) 452-8411  Fax: (609) 452-8422
                                          pmaselli@maselliwarren.com

**United States Bankruptcy Court**
**District of New Jersey**

IN RE:

Case No. **13-24984**

**Nassau Tower Realty, LLC**

Chapter **11**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Nassau Holdings, Inc.**<br>**619 Alexander Road**<br>**Princeton, NJ  08540-0000** | **100** | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**District of New Jersey**

IN RE:                                                    Case No. **13-24984**

**Nassau Tower Realty, LLC**                              Chapter **11**
_____
                Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | $ 17,314,000.00 | | |
| B - Personal Property | Yes | 3 | $ 17,989.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 6 | | $ 16,456,218.70 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $ 319,420.86 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 22 | $ 17,331,989.00 | $ 16,775,639.56 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Nassau Tower Realty, LLC**                                    Case No. **13-24984**

Debtor(s)                                                                        (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **1 and 13 Robbins Parkway**<br>**Toms River, NJ** | | | 1,200,000.00 | 3,228,832.18 |
| **1015 Route 9**<br>**Bayville, New Jersey**<br>**Subject to Foreclosure Action - Docket F-1270-12**<br>**Sheriff's Sale June 25, 2013**<br>**Objection to Sale Filed by Debtor on July 5, 2013** | | | 430,000.00 | 12,443,000.00 |
| **103 Locktown Road**<br>**Flemington, NJ**<br>**Subject to Foreclosure Sale - Sheriff's Deed Not Yet Issued** | | | 754,000.00 | 12,443,000.00 |
| **1108 Rt. 88**<br>**Point Pleasant, NJ** | | | 750,000.00 | 3,307,387.11 |
| **1215 Johnson Avenue**<br>**Point Pleasant, NJ** | | | 150,000.00 | 3,307,387.11 |
| **1215A Johnson Avenue**<br>**Point Pleasant, NJ** | | | 150,000.00 | 3,307,387.11 |
| **1371 Woodside Avenue**<br>**Yardley, PA** | | | 1,000,000.00 | 12,443,000.00 |
| **140 Nassau Street**<br>**Princeton, NJ** | | | 3,850,000.00 | 12,576,154.78 |
| **1501 Rt. 35**<br>**Point Pleasant, NJ** | | | 3,500,000.00 | 12,571,387.11 |
| **22 South 6th Street**<br>**Stroudsburg, PA** | | | 400,000.00 | 12,458,246.04 |
| **2457 Perikomen Avenue**<br>**Mt. Penn, PA** | | | 300,000.00 | 12,443,000.00 |
| **272 Mills Road**<br>**Kennebunkport, ME** | | | 500,000.00 | 0.00 |
| **3245 Route 35 North**<br>**Lavalette, NJ**<br>**Subject to Foreclosure Action -  Docket F-1270-12**<br>**Sheriff's Sale June 25, 2013**<br>**Objection to Sale Filed by Debtor on July 5, 2013** | | | 470,000.00 | 12,443,000.00 |
| **472 Princeton Avenue**<br>**Brick, NJ** | | | 550,000.00 | 3,279,281.48 |
| **6 Deer Run**<br>**Brick, NJ** | | | 235,000.00 | 100,281.48 |
| | | **TOTAL** | **17,314,000.00** | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07) – Cont.

IN RE **Nassau Tower Realty, LLC**                                  Case No. **13-24984**
_____                                  _____
Debtor(s)                                                          (If known)

## SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **704 Howe Street**<br>**Point Pleasant, NJ** | | | **750,000.00** | **3,307,387.11** |
| **71 North Main Street**<br>**Lambertville, NJ** | | | **1,400,000.00** | **12,617,355.74** |
| **74 Fairview Avenue**<br>**Brick, NJ** | | | **750,000.00** | **3,279,281.48** |
| **Key Largo Court**<br>**Berkeley, NJ**<br>**Block 1605, Lots 1.15 and 1.17** | | | **175,000.00** | **0.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

**IN RE** Nassau Tower Realty, LLC
Debtor(s)

Case No. **13-24984**
(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit held in trust for Craig Allen & Nick Adamko** **71 Main Street, Lambertville, NJ** | | 2,065.00 |
| | | **Security Deposit held in trust for Edwin Cannistraci and Kathy Charles** **71 Main Street, suite 301, Lambertville, NJ** | | 3,688.00 |
| | | **Security Deposit held in trust for Kelly and Justin Kotalik** **472 Princeton Ave., Brick, NJ** | | 3,007.00 |
| | | **Security Deposit held in trust for Kelly Sullivan** **71 Main Street, Suite 201, Lambertville, NJ** | | 6,604.00 |
| | | **Security Deposit held in trust for Monica Poelzmann** **71 Main Street, Suite 304, Lambertville, NJ** | | 1,275.00 |
| | | **Security Deposit held in trust for Sandra Aubuchon** **71 Main Street, Suite 303, Lambertville, NJ** | | 1,350.00 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Nassau Tower Realty, LLC**                        Case No. **13-24984**

Debtor(s)                                                   (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Nassau Tower Realty, LLC**                                     Case No. **13-24984**
                    Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | **Claim against Intex Environmental Group, Inc. Damages associated with undisclosed underground oil tank located at 71 North Main Street, Lambertville, NJ** | | **unknown** |
| | | | **TOTAL** | **17,989.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/13)

IN RE **Nassau Tower Realty, LLC**                                    Case No. **13-24984**
_____
                    Debtor(s)                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:            ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

* Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Nassau Tower Realty, LLC**                                              Case No. **13-24984**
_____
Debtor(s)                                                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Antietam School District**<br>**PO Box 4514**<br>**Lancaster, PA 17604-4514** | | | **Real Estate Taxes**<br><br><br>VALUE $ **30,000.00** | | | | **28,251.13** | |
| ACCOUNT NO.<br><br>**Berkeley Township**<br>**PO Box B**<br>**Bayville, NJ 08721-0287** | | | **Real Estate Taxes**<br><br><br>VALUE $ **77,000.00** | | | | **76,010.83** | |
| ACCOUNT NO.<br><br>**Berkeley Township MUA**<br>**42 Station Rd.**<br>**Bayville, NJ 08721** | | | **Municipal Charges**<br><br><br>VALUE $ **1,100.00** | | | | **1,012.44** | |
| ACCOUNT NO.<br><br>**Berkeley Township Sewage Authority**<br>**PO Box B**<br>**Bayville, NJ 08721-0287** | | | **Sewer Charges**<br><br><br>VALUE $ **700.00** | | | | **688.00** | |

_____**5**_____ continuation sheets attached

Subtotal
(Total of this page)          $ **105,962.40**      $

Total
(Use only on last page)      $                    $

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) – Cont.

IN RE **Nassau Tower Realty, LLC**                                    Case No. **13-24984**
_____                          _____
            Debtor(s)                                                      (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Borough of Mantoloking**<br>**PO Box 247**<br>**Mantoloking, NJ  08738** | | | Real Estate Taxes<br><br>VALUE $ **39,000.00** | | | | 38,792.49 | |
| ACCOUNT NO.<br>**Borough of Point Pleasant**<br>**2233 Bridge Ave**<br>**Point Pleasant, NJ  08742** | | | Municipal Charges<br><br>VALUE $ **3,500.00** | | | | 3,330.57 | |
| ACCOUNT NO.<br>**Brick Township**<br>**401 Chambersbridge Rd.**<br>**Brick, NJ  08723** | | | Real Estate Taxes<br><br>VALUE $ **1,535,000.00** | | | | 100,281.48 | |
| ACCOUNT NO.<br>**Brick Township Municipal**<br>**1551 Rt 88 West**<br>**Brick, NJ  08723** | | | Municpal Charges<br><br>VALUE $ **2,600.00** | | | | 2,545.19 | |
| ACCOUNT NO.<br>**City of Lambertville**<br>**18 York St.**<br>**Lambertville, NJ  08530** | | | Real Estate Taxes<br><br>VALUE $ **1,400,000.00** | | | | 102,983.11 | |
| ACCOUNT NO.<br>**Collector of Taxes, Point Pleasant**<br>**PO Box 25**<br>**Point Pleasant, NJ  08742-25** | | | Real Estate Taxes<br><br>VALUE $ **7,250,000.00** | | | | 128,387.11 | |

Sheet no. ____**1**____ of ____**5**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | $ **376,319.95**   $ |
| Total<br>(Use only on last page) | $                   $ |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

**IN RE** Nassau Tower Realty, LLC

Case No. **13-24984**

Debtor(s)

(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Dover Township Tax Collector**<br>**33 Washington St.**<br>**Toms River, NJ  08753** | | | **Real Estate Taxes**<br><br>VALUE $ **17,000.00** | | | | **16,197.50** | |
| ACCOUNT NO.<br>**Global Tower Partners, LP**<br>**750 Park Of Commerce Blvd, Ste. 300**<br>**Boca Raton, FL  33489** | | | **Mortgage - 272 Mills Road, Kennebunkport, ME**<br><br>VALUE $ **500,000.00** | | | | **0.00** | |
| ACCOUNT NO.<br>**John Skrincosky Jr. Tax Coll.**<br>**200 N. 25th St.**<br>**Mount Penn, PA  19606** | | | **Real Estate Taxes**<br><br>VALUE $ **14,000.00** | | | | **13,514.13** | |
| ACCOUNT NO.<br>**Kingwood Township**<br>**PO Box 17**<br>**Baptisttown, NJ  08803-17** | | | **Real Estate Taxes**<br><br>VALUE $ **40,000.00** | | | | **39,133.15** | |
| ACCOUNT NO. **6155**<br>**Lacey Township MUA**<br>**PO Box 205**<br>**Forked River, NJ  08731-205** | | | **Municipal Charges**<br><br>VALUE $ **370.00** | | | | **350.60** | |
| ACCOUNT NO. **0181**<br>**Lambertville MUA**<br>**PO Box 300**<br>**Lambertville, NJ  08530** | | | **Municipal Charges**<br><br>VALUE $ **6,500.00** | | | | **6,475.05** | |

Sheet no. **2** of **5** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $ **75,670.43** $

Total
(Use only on last page) $                    $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) – Cont.

IN RE **Nassau Tower Realty, LLC**                                                    Case No. **13-24984**
_____                                          _____
                    Debtor(s)                                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0178**<br>**Mt. Penn Borough Municipal Authority**<br>**PO Box 4249**<br>**Reading, PA  19606-4249** | | | **Municipal Charges**<br><br>VALUE $ **55.00** | | | | 55.00 | |
| ACCOUNT NO. **7435**<br>**Neptune - Sewer Utility**<br>**PO Box 1167**<br>**Neptune, NJ  07754-1167** | | | **Sewer Charges**<br><br>VALUE $ **220.00** | | | | 220.00 | |
| ACCOUNT NO.<br>**Ocean First Bank**<br>**975 Hooper Avenue**<br>**Toms River, NJ  08753** | | | **Mortgage - 6 Deer Run, Brick, NJ**<br><br>VALUE $ **235,000.00** | | | | 0.00 | |
| ACCOUNT NO.<br>**Princeton Borough Tax Office**<br>**PO Box 390**<br>**Princeton, NJ  08540** | | | **Real Estate Taxes**<br>**140 Nassau St., Princeton, NJ**<br><br>VALUE $ **3,850,000.00** | | | | 133,154.78 | |
| ACCOUNT NO.<br>**Sovereign Bank, NA**<br>**619 Alexander Road**<br>**Princeton, NJ  08540** | X | | **Mortgage**<br>**74 Fairview Ave., Brick, NJ**<br>**704 Howe St., Point Pleasant, NJ**<br>**1108 Rt. 88, Point Pleasant, NJ**<br>**1215A Johnson Ave., Point Pleasant, NJ** | | | | 3,179,000.00 | |
| ACCOUNT NO. | | | **1 and 13 Robbins Parkway, Toms River, NJ**<br>**1215 Johnson Ave., Point Pleasant, NJ**<br>**472 Princeton Ave., Brick, NJ**<br><br>VALUE $ **4,300,000.00** | | | | | |

Sheet no. __**3**__ of __**5**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $ **3,312,429.78** | $

Total
(Use only on last page) $ | $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Nassau Tower Realty, LLC**                                        Case No. **13-24984**
_____                         _____
           Debtor(s)                                                  (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Tax Collector, Terry McCool Stoudsburg**<br>**PO Box N**<br>**Stroudsburg, PA  18360** | | | Real Estate Taxes<br><br>VALUE $ **400,000.00** | | | | 15,246.04 | |
| ACCOUNT NO.<br>**TD Bank, NA**<br>**1701 Rt. 70 East**<br>**Cherry Hill, NJ  08034** | X | | Mortgage<br>1371 Woodside Ave., Yardley, PA<br>22 South 6th St., Stroudsburg, PA<br>140 Nassau St., Princeton, NJ<br>71 Main St., Lambertville, NJ | | | | 12,443,000.00 | |
| ACCOUNT NO. | | | 1501 Rt. 35, Point Pleasant, NJ<br>2457 Perikomen Ave., Mt. Penn, PA<br>1015 Route 9, Bayville, NJ<br>103 Locktown Rd., Flemington, NJ<br>3245 Route 35 North, Lavalette, NJ<br>VALUE $ **12,950,000.00** | | | | | |
| ACCOUNT NO.<br>**The Elm Group, Inc.**<br>**345 Wall St.**<br>**Princeton, NJ  08540** | | | Mechanic's Lien<br>71 N. Main Street, Lambertiville, NJ<br><br>VALUE $ **1,400,000.00** | | | | 71,372.63 | 71,372.63 |
| ACCOUNT NO.<br>**Toms River Township MUA**<br>**340 West Water St.**<br>**Toms River, NJ  08753** | | | Municipal Charges<br><br>VALUE $ **3,400.00** | | | | 3,387.28 | |
| ACCOUNT NO.<br>**Toms River Township Tax Collector**<br>**33 Washington St.**<br>**Toms River, NJ  08753** | | | Real Estate Taxes<br><br>VALUE $ **1,200,000.00** | | | | 49,832.18 | |

Sheet no. **4** of **5** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $**12,582,838.13** | $   **71,372.63** |
| Total<br>(Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) – Cont.

IN RE **Nassau Tower Realty, LLC**                                    Case No. **13-24984**
_____                        _____
Debtor(s)                                                      (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Township of Neptune**<br>**PO Box 1167**<br>**Neptune, NJ  07754-1167** | | | **Municipal Charges**<br><br><br>VALUE $ **3,000.00** | | | | **2,998.01** | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |

Sheet no. **5** of **5** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | $ **2,998.01** | $ |
|---|---|---|---|
|  | Total (Use only on last page) | $**16,456,218.70** | $  **71,372.63** |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)

**IN RE** **Nassau Tower Realty, LLC**                                          Case No. **13-24984**
_____
Debtor(s)                                                      (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

**IN RE** Nassau Tower Realty, LLC
_____
Debtor(s)                                              Case No. **13-24984**
                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**140-144 Nassau St Condo Association**<br>**619 Alexander Road**<br>**Princeton, NJ  08540** | | | **Association Fees** | | | | **16,756.00** |
| ACCOUNT NO.<br><br>**Air Consulting Services, LLC**<br>**301 East Ward St.**<br>**Hightstown, NJ  08520** | | | | | | | **1,580.00** |
| ACCOUNT NO.<br><br>**Alberto Zepeda**<br>**160 Sawmill Rd**<br>**Brick, NJ  08724** | | | | | | | **240.00** |
| ACCOUNT NO.<br><br>**Amy Greene Environmental**<br>**18 Commerce St Plaza**<br>**Flemington, NJ  08822** | | | | | | | **1,500.00** |

**5** continuation sheets attached

Subtotal
(Total of this page)  $ **20,076.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Nassau Tower Realty, LLC**                                              Case No. **13-24984**
_____                                        _____
Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Barlo & Associates, LLC**<br>92 Mantoloking Rd.<br>Brick, NJ 08723 | | | | | | | 2,250.00 |
| ACCOUNT NO.<br>**C N A Insurance**<br>PO Box 382033<br>Pittsburgh, PA 15250-8033 | | | | | | | 657.96 |
| ACCOUNT NO.<br>**Crow & Associates**<br>100 Canal Point Blvd, Suite 214<br>Princeton, NJ 08540 | | | | | | | 20,441.36 |
| ACCOUNT NO.<br>**F.R. Maddalon Plumbing and Heating**<br>1550 Sylvan Ave.<br>Hamilton, NJ 08610 | | | | | | | 394.68 |
| ACCOUNT NO.<br>**Giacinti Electric, LLC**<br>PO Box 19003<br>Toms River, NJ 08753 | | | | | | | 337.05 |
| ACCOUNT NO.<br>**Global Signal Acquistions, LLC**<br>PO Box 403541<br>Atlanta, GA 30384 | | | | | | | 6,300.00 |
| ACCOUNT NO. **1793**<br>**InTouch America**<br>PO Box 571207<br>Tarzana, CA 91357 | | | | | | | 1,711.45 |

Sheet no. **1** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **32,092.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Nassau Tower Realty, LLC**                                        Case No. **13-24984**
_____
                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**J & A Cleaning Services**<br>140 Lakedale Dr.<br>Lawrenceville, NJ  08648 | | | | | | | 888.10 |
| ACCOUNT NO. **3378**<br>**Jersey Central Power and Light**<br>PO Box 3687<br>Akron, OH  44309-3687 | | | Utilities | | | | 1,387.64 |
| ACCOUNT NO. **6049**<br>**Jersey Central Power and Light**<br>PO Box 3687<br>Akron, OH  44309-3687 | | | Utilities | | | | 11.32 |
| ACCOUNT NO.<br>**Jersey Coast Appliance**<br>18 Rt 537 East<br>Toms River, NJ  08753 | | | | | | | 3,000.23 |
| ACCOUNT NO.<br>**Knox Hill Townhomes Condo Association**<br>PO Box 374<br>Eatontown, NJ  07724 | | | Association Fees | | | | 2,370.00 |
| ACCOUNT NO.<br>**Larsen Plumbing and Heating, LLC**<br>41 Grand Ave<br>Toms River, NJ  08753 | | | | | | | 2,600.00 |
| ACCOUNT NO. **2726**<br>**Lowe's Business Account**<br>PO Box 530970<br>Atlanta, GA  30353-0970 | | | | | | | 51.67 |

Sheet no. __**2**__ of __**5**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **10,308.96**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Nassau Tower Realty, LLC

Debtor(s)

Case No. **13-24984**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2795** <br> **Met-Ed** <br> **PO Box 3687** <br> **Akron, OH  44309-3687** | | | | | | | 494.07 |
| ACCOUNT NO. **8083** <br> **New Jersey American Water** <br> **PO Box 371331** <br> **Pittsburgh, PA  15250-7331** | | | Utilities | | | | 106.23 |
| ACCOUNT NO. **7959** <br> **New Jersey Natural Gas** <br> **PO Box 11743** <br> **Newark, NJ  07101-4743** | | | Utilities | | | | 594.61 |
| ACCOUNT NO. **4337** <br> **New Jersey Natural Gas** <br> **PO Box 11743** <br> **Newark, NJ  07101-4743** | | | Utilities | | | | 188.85 |
| ACCOUNT NO. **8768** <br> **New Jersey Natural Gas Co.** <br> **Box 11743** <br> **Newark, NJ  07101-4743** | | | Utilities | | | | 181.52 |
| ACCOUNT NO. **3822** <br> **New Jersey Natural Gas Co.** <br> **Box 11743** <br> **Newark, NJ  07101-4743** | | | Utilities | | | | 210.93 |
| ACCOUNT NO. <br> **Optimum** <br> **PO Box 371378** <br> **Pittsburgh, PA  14801** | | | Utilities | | | | 446.06 |

Sheet no. ___**3**___ of ___**5**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,222.27**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Nassau Tower Realty, LLC

Debtor(s)

Case No. **13-24984**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> R.C. Burdick, P.E., P.C <br> 1023 Ocean Rd. <br> Point Pleasant, NJ 08742 | | | | | | | 960.00 |
| ACCOUNT NO. <br> Ray's HVAC Service Corp <br> PO Box 1241 <br> Newtown, PA 18940-1241 | | | | | | | 3,432.00 |
| ACCOUNT NO. <br> Samuel Stoth2Off Co.,Inc. <br> PO Box 306 <br> Flemington, NJ 08822-306 | | | | | | | 3,624.00 |
| ACCOUNT NO. <br> Scott's Lawn Care, LLC <br> PO Box 463 <br> Point Pleasant, NJ 08742 | | | | | | | 1,016.50 |
| ACCOUNT NO. <br> Second Goodier, LLC <br> 2330 West Joppa Road <br> Lutherville, MD 21093 | | | Judgment Creditor <br> DJ-72012-12 | | | | 240,000.00 |
| ACCOUNT NO. <br> Timothy R. Smith, Esq. <br> 619 Alexander Road <br> Princeton, NJ 08540 | | | Attorney's Fees | | | | 917.00 |
| ACCOUNT NO. 1912 <br> Treasurer - State of New Jersey <br> PO Box 417 <br> Trenton, NJ 08646-0417 | | | Tidelands Bureau | | | | 4,349.50 |

Sheet no. **4** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **254,299.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

**IN RE** **Nassau Tower Realty, LLC**                                    Case No. **13-24984**
_____                          _____
            Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1236** <br><br>**UGI Utilities, Inc.**<br>**PO Box 15523**<br>**Wilmington, DE  19866-1552** | | | Utilities | | | | 20.13 |
| ACCOUNT NO. **0056** <br><br>**United Water Toms River**<br>**PO Box 371804**<br>**Pittsburgh, PA  15250-7804** | | | Utilities | | | | 8.22 |
| ACCOUNT NO. **0153** <br><br>**Verizon**<br>**PO Box 4833**<br>**Trenton, NJ  08650-4833** | | | Utilities | | | | 64.48 |
| ACCOUNT NO. <br><br>**Verizon**<br>**PO Box 4833**<br>**Trenton, NJ  08650-4833** | | | Utilities | | | | 56.34 |
| ACCOUNT NO. **8361** <br><br>**Waste Management of NJ**<br>**PO Box 13648**<br>**Philadelphia, PA  19101-3648** | | | Utilities | | | | 161.66 |
| ACCOUNT NO. <br><br>**Whitehouse Landscaping**<br>**PO Box 94**<br>**Pine Forge, PA  19548** | | | | | | | 111.30 |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___**5**___ of ___**5**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     $    **422.13**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $   **319,420.86**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Nassau Tower Realty, LLC**                                    Case No. **13-24984**
_____                              _____
                Debtor(s)                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Connoisseur Media<br>619 Alexander Road<br>Princeton, NJ  08540-0000 | Tenant of Commercial Lease for<br>22 South 6th Street<br>Stroudsburg, PA 18360 |
| MacDonald Kitchen And Bath<br>71 North Main Street<br>Lambertville, NJ  08530-0000 | Tenant of Commercial Lease for<br>71 North Main Street<br>Lambertville, NJ 08530 |
| Sandra Aubuchon<br>71 North Main Street, Ste. 303<br>Lambertville, NJ  08530-0000 | Tenant of Commercial Lease for<br>71 North Main Street, Ste. 303<br>Lambertville, NJ 08530 |
| Monica Poelzmann<br>71 North Main Street, Ste. 304<br>Lambertville, NJ  08530-0000 | Tenant of Commercial Lease for<br>71 North Main Street, Ste. 304<br>Lambertville, NJ 08530 |
| Kelly Sulilvan<br>71 North Main Street, Ste. 201<br>Lambertville, NJ  08530-0000 | Tenant of Commercial Lease for<br>71 North Main Street, Ste. 201<br>Lambertville, NJ 08530 |
| Hulit Shoes<br>140 Nassau Street<br>Princeton, NJ  08540-0000 | Tenant of Commercial Lease for<br>140 Nassau Street<br>Princeton, NJ 08540 |
| ZCR Operation Co.<br>DBA Qdoba Mexican Grill<br>140 Nassau Street<br>Princeton, NJ  08540-0000 | Tenant of Commercial Lease for<br>140 Nassau Street<br>Princeton, NJ 08540 |
| R.H. LeChard Marine Contractors<br>704 Howe Street<br>Bay Head, NJ  08742-0000 | Tenant of Commercial Lease for<br>704 Howe Street<br>Bay Head, NJ 08742 |
| Bay Head Police Department<br>704 Howe Street<br>Bay Head, NJ  08742-0000 | Tenant of Commercial Lease for<br>704 Howe Street<br>Bay Head, NJ 08742 |
| R.H. LeChard Marine Contractors<br>704 Howe Street<br>Bay Head, NJ  08742-0000 | Tenant of Commercial Lease for<br>1108 Rt. 88<br>Point Pleasant, NJ 08742 |
| R.H. LeChard Marine Contractors<br>704 Howe Street<br>Bay Head, NJ  08742-0000 | Tenant of Commercial Lease for<br>1215A Johnson Avenue<br>Pt. Pleasant, NJ 08742 |
| Town Square Media<br>8 Robbins Street<br>Toms River, NJ  08753-0000 | Tenant of Commercial Lease for<br>1 Robbins Parkway<br>Toms River, NJ 08753 |
| Walgreens Store #13754<br>1501 St. 35 South<br>Pt. Pleasant, NJ  08742-0000 | Tenant of Commercial Lease for<br>1501 Rt. 35 South<br>Pt. Pleasant, NJ 08742 |
| Crown Castle<br>Attn: Alan Hickman<br>2000 Corporate Drive<br>Cannonsburg, PA  15317-0000 | Tenant of Commercial Lease for<br>1371 Woodside Road<br>Yardley, PA 19067 |
| GTP Towers I, LLC<br>Attn:  Lease Administration<br>1801 Clint Moore Road, Ste. 110<br>Boca Raton, FL  33487-0000 | Tenant of Commercial Lease for<br>272 Mills Road<br>Kennebunkport, ME 04046 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

**IN RE** **Nassau Tower Realty, LLC**                    Case No. **13-24984**
_____        _____
               Debtor(s)                                        (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Maxwell Resources, Inc.**<br>**2457 Perikomen Avenue**<br>**Mt. Penn, PA  19508-0000** | **Tenant of Commerical Lease for**<br>**2457 Perikomen Avenue**<br>**Mt. Penn, PA 19508** |
| **R.H. LeChard Marine Contractors**<br>**704 Howe Street**<br>**Bay Head, NJ  08742-0000** | **Tenant of Commerical Lease for**<br>**1215 Johnson Avenue**<br>**Pt. Pleasant, NJ 08742** |
| **Paul Aulisio**<br>**6 Deer Run**<br>**Brick, NJ  08724-0000** | **Tenant of Residential Lease for**<br>**6 Deer Run**<br>**Brick, NJ 08724** |
| **Edwin Cannistraci**<br>**Kathy Charles**<br>**71 North Main Street, Ste. 301**<br>**Lambertville, NJ  08530-0000** | **Tenants of Commercial Lease for**<br>**71 North Main Street, Ste. 301**<br>**Lambertville, NJ 08530** |
| **Craig Allen**<br>**Nick Adamko**<br>**71 North Main Street, Ste. 301**<br>**Lambertville, NJ  08530-0000** | **Tenants of Commercial Lease for**<br>**71 North Main Street, Ste. 302**<br>**Lambertville, NJ 08530** |
| **Kelly Kotalik**<br>**Justin Kotalik**<br>**472 Princeton Avenue**<br>**Brick, NJ  08724-0000** | **Tenants of Residential Lease for**<br>**472 Princeton Avenue**<br>**Brick, NJ 08724** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6H (Official Form 6H) (12/07)**

**IN RE** **Nassau Tower Realty, LLC**                                              Case No. **13-24984**

                              Debtor(s)                                                                          (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Louis Mercatanti**<br>**619 Alexander Road**<br>**Princeton, NJ  08540** | **TD Bank, NA**<br>**1701 Rt. 70 East**<br>**Cherry Hill, NJ  08034**<br><br>**Sovereign Bank, NA**<br>**619 Alexander Road**<br>**Princeton, NJ  08540** |
| **Nassau Tower Holdings, LLC**<br>**619 Alexander Road**<br>**Princeton, NJ  08540** | **TD Bank, NA**<br>**1701 Rt. 70 East**<br>**Cherry Hill, NJ  08034**<br><br>**Sovereign Bank, NA**<br>**619 Alexander Road**<br>**Princeton, NJ  08540** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** **Nassau Tower Realty, LLC**                                                                Case No. **13-24984**
_____                                    _____
Debtor(s)                                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____
                                                                                                                 Debtor

Date: _____   Signature: _____
                                                                                                       (Joint Debtor, if any)
                                                                     [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____

Address

_____        _____
Signature of Bankruptcy Petition Preparer                                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Officer Of Nassau Holdings, Inc.** (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Nassau Tower Realty, LLC** (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **23** sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **July 15, 2013**                     Signature: _**/s/ Louis Mercatanti**_

                     **Louis Mercatanti**
                                                          (Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/13)

United States Bankruptcy Court

**District of New Jersey**

IN RE:

Case No. **13-24984**

**Nassau Tower Realty, LLC**

Chapter **11**

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 589,700.00 | 2013 Gross Income |
| | Year to Date (as of 6/30/13) |
| 1,417,700.00 | 2012 Gross Income |
| 1,746,241.00 | 2011 Gross Income |

---

**2. Income other than from employment or operation of business**

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None   b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately
☐   preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than
$6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support
obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married
debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

*    * Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Alberto Zepeda**<br>**160 Sawmill Road**<br>**Brick, NJ  08724-0000** | **6/5/13 and 5/9/13** | **6,200.00** | **240.00** |

None   c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors
☑   who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not
a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this
☐   bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Simone v. Nassau Tower Realty, LLC, et al.**<br>**MER-C-57-09** | | **Superior Court of New Jersey Mercer County - Chancery Division** | **Orders Entered May 24, 2013** |
| **Second Goodier, LLC v. Nassau Tower Realty, LLC**<br>**DJ-072014-12** | **Judgment** | **Superior Court of New Jersey Mercer County** | **Writ of Execution Issued** |
| **TD Bank, NA v. Nassau Tower Realty, LLC**<br>**F-1270-12** | **Foreclosure** | **Superior Court of New Jersey Chancery Division** | **Sheriff's Sale - June 25, 2013** |
| **FNA Jersey Lien Serv. v. Nassau Tower Realty, LLC**<br>**F-14083-13** | **Foreclosure** | **Superior Court of New Jersey Chancery Division** | **Complaint Filed April 35, 2013** |
| **FNA Jersey Lien Serv. v. Nassau Tower Realty, LLC**<br>**F-12812-13** | **Condo Foreclosure** | **Superior Court of New Jersey Chancery Division** | **Complaint Filed April 17, 2013** |
| **US Bank v. Nassau Tower Realty, LLC**<br>**F-12812-13** | **Foreclosure** | **Superior Court of New Jersey Chancery Division** | **Complaint filed 4/11/13** |
| **FNA Jersey Lien Serv. v. Nassau Tower Realty, LLC**<br>**F-11868-13** | **Tax Foreclosure** | **Superior Court of New Jersey Chancery Division** | **Complaint filed 3/22/13** |
| **Sovereign Bank v. Nassau Tower Realty, LLC**<br>**F-29768-12** | **Foreclosure** | **Superior Court of New Jersey Chancery Division** | **Complaint Filed 12/11/12** |
| **Sovereign Bank v. Nassau Tower Realty, LLC**<br>**F-229-13** | **Foreclosure** | **Superior Court of New Jersey Chancery Division** | **Complaint Filed 12/128/12** |
| **Sovereign Bank v. Nassau Tower Realty, LLC**<br>**OCN-L-3427-12** | | **Superior Court of New Jersey Law Division - Ocean County** | **Dismissed 4/19/13** |
| **Nassau Tower Realty, LLC v. Sandra Aubuchon**<br>**HNT-LT-227-13** | **Landlord-Tenant** | **Superior Court of New Jersey Special Civil Part - Landlord Tenant Hunterdon County** | **Dismissed Without Prejudice 7/12/13** |
| **Nassau Tower Realty, LLC v. Sandra Aubuchon** | **Landlord-Tenant** | **Superior Court of New Jersey Special Civil Part - Landlord** | **Dismissed Without Prejudice 11/5/12** |

HNT-LT-316-12

| | | Tenant Hunterdon County |
|---|---|---|
| May v. Carter F-4130-11 | Tax Foreclosure | Superior Court of New Jersey Chancery Division | Dismissed Without Prejudice 7/25/12 |
| TD Bank, NA v. Nassau Tower Realty, LLC MER-L-311-12 | | Superior Court of New Jersey Law Division Mercer County | Summary Judgment 1/11/13 |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| TD Bank, NA 1701 Route 70 East Cherry Hill, NJ  08034-0000 | June 25, 2013 | 1015 Route 9, Bayville, NJ |
| TD Bank, NA 1701 Route 70 East Cherry Hill, NJ  08034-0000 | June 25, 2013 | 3245 Route 35 North, Lavallette, NJ |
| TD Bank, NA 1701 Route 70 East Cherry Hill, NJ  08034-0000 | | 103 Locktown Road Flemington, NJ |

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| 1 Robbins Parkway, Toms River, NJ Property Value:  $1,200,000 | Storm Damage from Superstorm Sandy Damage assessment total: $900,000 Loss anticipated to be covered by insurance company less deductible.  Prodceeds to be paid to lienholder, Sovereign Bank | October 2012 |

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Maselli Warren, PC**<br>**600 Alexander Road, Suite 3-4A**<br>**Princeton, NJ  08540-0000** | **July 2013** | **3,714.00** |

### 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

### 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 14. Property held for another person

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Debra Mercatanti**<br>**85 Willowbrook Road**<br>**Colts Neck, NJ  07722-0000** | **Residential Property**<br>**$235,000** | **706 Drew Avenue**<br>**Lanoka Harbor, New Jersey** |
| **Louis Mercatanti**<br>**619 Alexander Road**<br>**Princeton, NJ  08540-0000** | **Residential Property**<br>**$350,000** | **1113 Canal Road**<br>**Princeton, NJ** |

### 15. Prior address of debtor

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

### 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Nassau Tower Realty, LLC** | **22-3377692** | **619 Alexander Road Princeton, NJ  08540-0000** | **Real Estate Holding Company** | |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

NAME AND ADDRESS

**Lori Foster**
**119 Towne Street, Suite 555**
**Stamford, CT  06902-0000**

**Kenneth Zeng**
**615 Walden Way**
**Lumberton, NJ  08048-0000**

**Gallo Financial Services**
**509 Route 70 West**
**Cherry Hill, NJ  08002-0000**

DATES SERVICES RENDERED
**Through June 30, 2013**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Nassau Holdings, Inc.**<br>**619 Alexander Road**<br>**Princeton, NJ  08540-0000** | | **100%** |

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☐ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Nassau Holdings, Inc.** | **22-3377692** |

**25. Pension Funds.**

> None   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer,
> ☑  has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **July 15, 2013**                    Signature: ***/s/ Louis Mercatanti***

**Louis Mercatanti, Officer Of Nassau Holdings, Inc.**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**

**District of New Jersey**

**IN RE:**

Case No. **13-24984**

**Nassau Tower Realty, LLC**

Chapter **11**

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **July 15, 2013**    Signature: **/s/ Louis Mercatanti**

**Louis Mercatanti, Officer Of Nassau Holdings, Inc.**

Debtor

Date: _____    Signature: _____

Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

140-144 Nassau St Condo Association
619 Alexander Road
Princeton, NJ  08540


Air Consulting Services, LLC
301 East Ward St.
Hightstown, NJ  08520


Alberto Zepeda
160 Sawmill Rd
Brick, NJ  08724


Amy Greene Environmental
18 Commerce St Plaza
Flemington, NJ  08822


Antietam School District
PO Box 4514
Lancaster, PA  17604-4514


Barlo & Associates, LLC
92 Mantoloking Rd.
Brick, NJ  08723


Bay Head Police Department
704 Howe Street
Bay Head, NJ  08742-0000


Berkeley Township
PO Box B
Bayville, NJ  08721-0287


Berkeley Township MUA
42 Station Rd.
Bayville, NJ  08721

Berkeley Township Sewage Authority
PO Box B
Bayville, NJ  08721-0287


Borough of Mantoloking
PO Box 247
Mantoloking, NJ  08738


Borough of Point Pleasant
2233 Bridge Ave
Point Pleasant, NJ  08742


Brick Township
401 Chambersbridge Rd.
Brick, NJ  08723


Brick Township Municipal
1551 Rt 88 West
Brick, NJ  08723


C N A Insurance
PO Box 382033
Pittsburgh, PA  15250-8033


City of Lambertville
18 York St.
Lambertville, NJ  08530


Collector of Taxes, Point Pleasant
PO Box 25
Point Pleasant, NJ  08742-25


Connoisseur Media
619 Alexander Road
Princeton, NJ  08540-0000

Craig Allen
Nick Adamko
71 North Main Street, Ste. 301
Lambertville, NJ  08530-0000


Crow & Associates
100 Canal Point Blvd, Suite 214
Princeton, NJ  08540


Crown Castle
Attn: Alan Hickman
2000 Corporate Drive
Cannonsburg, PA  15317-0000


Dover Township Tax Collector
33 Washington St.
Toms River, NJ  08753


Edwin Cannistraci
Kathy Charles
71 North Main Street, Ste. 301
Lambertville, NJ  08530-0000


F.R. Maddalon Plumbing and Heating
1550 Sylvan Ave.
Hamilton, NJ  08610


Giacinti Electric, LLC
PO Box 19003
Toms River, NJ  08753


Global Signal Acquistions, LLC
PO Box 403541
Atlanta, GA  30384

Global Tower Partners, LP
750 Park Of Commerce Blvd, Ste. 300
Boca Raton, FL   33489


GTP Towers I, LLC
Attn:  Lease Administration
1801 Clint Moore Road, Ste. 110
Boca Raton, FL   33487-0000


Hulit Shoes
140 Nassau Street
Princeton, NJ   08540-0000


Internal Revenue Service
Special Procedures Branch
PO Box 744
Springfield, NJ   07081-0744


Internal Revenue Service
PO Box 724
Springfield, NJ   07081


Internal Revenue Service
PO Box 7346
Philadelphia, PA   19101-7346


InTouch America
PO Box 571207
Tarzana, CA   91357


J & A Cleaning Services
140 Lakedale Dr.
Lawrenceville, NJ   08648

Jersey Central Power and Light
PO Box 3687
Akron, OH   44309-3687


Jersey Coast Appliance
18 Rt 537 East
Toms River, NJ   08753


John Jay Hoffman, Esquire
Acting Attorney General
PO Box 112
Trenton, NJ   08625-0112


John Skrincosky Jr. Tax Coll.
200 N. 25th St.
Mount Penn, PA   19606


Kelly Kotalik
Justin Kotalik
472 Princeton Avenue
Brick, NJ   08724-0000


Kelly Sulilvan
71 North Main Street, Ste. 201
Lambertville, NJ   08530-0000


Kingwood Township
PO Box 17
Baptisttown, NJ   08803-17


Knox Hill Townhomes Condo Association
PO Box 374
Eatontown, NJ   07724

Lacey Township MUA
PO Box 205
Forked River, NJ   08731-205


Lambertville MUA
PO Box 300
Lambertville, NJ   08530


Larsen Plumbing and Heating, LLC
41 Grand Ave
Toms River, NJ   08753


Louis Mercatanti
619 Alexander Road
Princeton, NJ   08540


Lowe's Business Account
PO Box 530970
Atlanta, GA   30353-0970


MacDonald Kitchen And Bath
71 North Main Street
Lambertville, NJ   08530-0000


Martha Hildebrandt, Esquire
Assistant United States Trustee
One Newark Center, Suite 2100
Newark, NJ   07102


Maxwell Resources, Inc.
2457 Perikomen Avenue
Mt. Penn, PA   19508-0000


Met-Ed
PO Box 3687
Akron, OH   44309-3687

Monica Poelzmann
71 North Main Street, Ste. 304
Lambertville, NJ  08530-0000


Mt. Penn Borough Municipal Authority
PO Box 4249
Reading, PA  19606-4249


Nassau Tower Holdings, LLC
619 Alexander Road
Princeton, NJ  08540


Neptune - Sewer Utility
PO Box 1167
Neptune, NJ  07754-1167


New Jersey American Water
PO Box 371331
Pittsburgh, PA  15250-7331


New Jersey Department Of Labor
Division Of Employer Accounts
PO Box 379
Trenton, NJ  08625-0379


New Jersey Division Of Taxation
Compliance And Enforcement - Bankruptcy
PO Box 245
Trenton, NJ  08695


New Jersey Natural Gas
PO Box 11743
Newark, NJ  07101-4743

New Jersey Natural Gas Co.
Box 11743
Newark, NJ  07101-4743


Ocean First Bank
975 Hooper Avenue
Toms River, NJ  08753


Office Of Chief Counsel
Internal Revenue Service
One Newark Center, Suite 1500
Newark, NJ  07102


Optimum
PO Box 371378
Pittsburgh, PA  14801


Paul Aulisio
6 Deer Run
Brick, NJ  08724-0000


Princeton Borough Tax Office
PO Box 390
Princeton, NJ  08540


R.C. Burdick, P.E., P.C
1023 Ocean Rd.
Point Pleasant, NJ  08742


R.H. LeChard Marine Contractors
704 Howe Street
Bay Head, NJ  08742-0000


Ray's HVAC Service Corp
PO Box 1241
Newtown, PA  18940-1241

Samuel Stoth2Off Co.,Inc.
PO Box 306
Flemington, NJ   08822-306


Sandra Aubuchon
71 North Main Street, Ste. 303
Lambertville, NJ   08530-0000


Scott's Lawn Care, LLC
PO Box 463
Point Pleasant, NJ   08742


Second Goodier, LLC
2330 West Joppa Road
Lutherville, MD   21093


Sovereign Bank, NA
619 Alexander Road
Princeton, NJ   08540


Tax Collector, Terry McCool Stoudsburg
PO Box N
Stroudsburg, PA   18360


TD Bank, NA
1701 Rt. 70 East
Cherry Hill, NJ   08034


The Elm Group, Inc.
345 Wall St.
Princeton, NJ   08540


Timothy R. Smith, Esq.
619 Alexander Road
Princeton, NJ   08540

Toms River Township MUA
340 West Water St.
Toms River, NJ  08753


Toms River Township Tax Collector
33 Washington St.
Toms River, NJ  08753


Town Square Media
8 Robbins Street
Toms River, NJ  08753-0000


Township of Neptune
PO Box 1167
Neptune, NJ  07754-1167


Treasurer - State of New Jersey
PO Box 417
Trenton, NJ  08646-0417


UGI Utilities, Inc.
PO Box 15523
Wilmington, DE  19866-1552


United States Attorney
Peter Rodino Federal Building
970 Broad Street, Suite 700
Newark, NJ  07102


United States Attorney General
US Dept. Of Justice - Ben Franklin Stn.
PO Box 683
Washington, DC  20044

United Water Toms River
PO Box 371804
Pittsburgh, PA  15250-7804


Verizon
PO Box 4833
Trenton, NJ  08650-4833


Walgreens Store #13754
1501 St. 35 South
Pt. Pleasant, NJ  08742-0000


Waste Management of NJ
PO Box 13648
Philadelphia, PA  19101-3648


Whitehouse Landscaping
PO Box 94
Pine Forge, PA  19548


ZCR Operation Co.
DBA Qdoba Mexican Grill
140 Nassau Street
Princeton, NJ  08540-0000