MASELLI WARREN, P.C.
By: Paul J. Maselli, Esquire
600 Alexander Road
Suite 3-4A
Princeton, NJ 08540
Attorneys for Debtor-in-Possession
PM 4853
(609) 452-8411

| In Re:<br><br>NASSAU TOWER REALTY, LLC, A New Jersey Limited Liability Company,<br><br>                    Debtor | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br><br>Case No. 13-24984(MBK)<br><br>Chapter 11<br><br>Judge: KAPLAN |
|---|---|

**CERTIFICATION IN SUPPORT OF APPLICATION TO RETAIN PROFESSIONAL**

JOSEPH LEONE, being duly sworn, deposes and says:

1. I am a Realtor with Coldwell Banker Preferred and I am seeking authorization to be retained as the Realtor for the pending sale of 22 South Sixth Street, Stroudsburg, PA 18360 for Nassau Tower Realty, LLC (the "Debtor").

2. My professional credentials include: I am a Pennsylvania Licensed Realtor.

3. The proposed arrangement for compensation, is as follows:

| Service | Commission |
|---|---|
| 22 South Sixth Street, Stroudsburg, PA 18360 | 6% |
| Listing Agent for future Debtor owned real property | 6% |

    a.    I reserve the right to adjust my rates in the ordinary course of its business and to seek reimbursement of expenses and disbursements.

    4.    To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

- ☐ None

- ■ Describe connection: Coldwell Banker Preferred and Joseph Leone previously listed and secured a buyer for 2457 Perikomen Avenue, Reading, PA 19606. Coldwell Banker Preferred and Joseph Leone listed 22 South Sixth Street, 22 South Sixth Street, Stroudsburg, PA 18360.

    5.    To the best of the Applicant's knowledge, the professional.

- ■ Does not hold an adverse interest to the estate

- ■ Does not represent an adverse interest to the estate

- ■ Is a disinterested person under 11 U.S.C.A. § 101(14)

- ■ Does not represent or hold any interest adverse to the debtors or the estate with respect to the matter for which he/she will be retained under 11 U.S.C.A. § 327(e)

- ☐ Other, explain

     I certify that the statements made herein are true.  I am aware that if any of the statements made herein are willfully false, I am subject to punishment.

                                                                       COLDWELL BANKER PREFERRED

Dated:    6.6.14                                                /s/ *Joseph Leone*
                                                                           JOSEPH LEONE